

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00304-CR

MICHAEL A. SMITH                                                APPELLANT

V.

THE STATE OF TEXAS                                                 STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 0788049R

----------

## MEMORANDUM OPINION[1]

----------

Appellant Michael A. Smith appeals from the trial court's order denying his motion for judgment nunc pro tunc. In August 2014, we informed Appellant by letter of our concern that we do not have jurisdiction over his appeal because the order denying his motion does not appear to be an appealable order, and we stated that his appeal could be dismissed unless he or any party filed a response

---

[1]*See* Tex. R. App. P. 47.4.

showing grounds for continuing the appeal. While Appellant sent us another motion for judgment nunc pro tunc apparently intended for the trial court, he did not file anything responsive to our letter.

Because an order denying a motion for judgment nunc pro tunc is not appealable,[2] we dismiss this appeal for want of jurisdiction.[3]

PER CURIAM

PANEL: DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: October 2, 2014

---

[2] *See Ex parte Ybarra*, 149 S.W.3d 147, 148–49 (Tex. Crim. App. 2004) (providing that appropriate remedy for denial of motion for judgment nunc pro tunc is to file petition for writ of mandamus in court of appeals); *Everett v. State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd) (mem. op.).

[3] *See* Tex. R. App. P. 43.2(f).